

# NUMBER 13-23-00364-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ALFREDO TORRES,** **Appellant,**

**v.**

**STATE FARM LLOYDS,** **Appellee.**

---

### On appeal from the County Court at Law No. 2
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina,
Memorandum Opinion by Justice Benavides**

Appellant Alfredo Torres filed a notice of appeal from an order granting summary judgment in favor of appellee State Farm Lloyds. On August 24, 2023, pursuant to a joint motion filed by the parties, the Court abated the appeal because the Supreme Court of Texas accepted a certified question from the United States Court of Appeals for the Fifth

Circuit that was central to this appeal. Torres has since filed an unopposed motion to dismiss the appeal, informing the Court that he no longer wishes to pursue the matter.

Because dismissal would not prevent State Farm Lloyds from seeking relief to which it would otherwise be entitled, the Court reinstates the appeal, grants the motion, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellate costs will be taxed against Torres. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at Torres's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
15th day of February, 2024.